## ANDERSON v. NELSON.

LUMPKIN, J. The verdict was authorized by the evidence, and there was no error in refusing to grant a new trial.

Judgment affirmed. All the Justices concur.
MAY 10, 1911.

Action for damages. Before Judge Martin. Dodge superior court. June 28, 1910.

J. H. Roberts and W. M. Clements, for plaintiff in error.

J. A. Neese and W. M. Morrison, contra.